# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**STACY DEWAYNE ALLEN**                                                     **PLAINTIFF**

**v.**                          **Case No. 2:21-cv-00172 KGB**

**MARCO MCCLENDON,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to continue pretrial and trial deadlines (Dkt. No. 37). The parties state that under the Court's Final Scheduling Order, the trial is scheduled for the week of June 12, 2023, and pretrial deadlines begin May 23, 2023 (*Id.*, ¶ 1). According to the parties, the Court set a dispositive motion deadline for May 12, 2023 (*Id.*, ¶ 2). Counsel for the parties have conferred and request that the Court continue all pretrial and trial deadlines in the case (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion to continue all pretrial and trial deadlines and removes the case from the Court's trial calendar for the week of June 12, 2023 (Dkt. No. 37). The Court will set new pretrial deadlines and a new trial date by separate order.

So ordered this 15th day of May, 2023.

Kristine G. Baker
United States District Judge