IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STACY DEWAYNE ALLEN**                                                                          **PLAINTIFF**

v.                                       **Case No. 2:21-cv-00172 KGB**

**MARCO MCCLENDON,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to continue pretrial and trial deadlines (Dkt. No. 53). The parties state that, under the Court's Second Amended Final Scheduling Order, the trial in this matter is scheduled for the week of February 12, 2024, and pretrial deadlines begin January 22, 2024 (*Id*., ¶ 1). Based on the parties' pending dispositive motions and counsel for the parties' schedules immediately before and after the holidays, the parties request that the Court continue all pretrial and trial deadlines in this case until the Court rules on the parties' motions for summary judgment (*Id*., ¶ 2). For good cause shown, the Court grants the parties' joint motion to continue pretrial and trial deadlines, removes this case from the trial calendar for the week of February 12, 2024, and suspends all currently pending pretrial deadlines (Dkt. No. 53). The Court will enter a new trial date and amended final scheduling order by separate Order, if necessary, after the Court rules on the pending motions (Dkt. Nos. 34, 38, 39, 47, 50).

So ordered this 17th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge