IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STACY DEWAYNE ALLEN**  **PLAINTIFF**

v.     Case No. 2:21-cv-00172 KGB

**MARCO MCCLENDON,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date and this Court's prior Orders, it is considered, ordered, and adjudged that judgment is entered in favor of City of West Memphis Mayor Marco McClendon, Human Resource Director Janice Coleman, Acting Chief of Police Brent Bradley, Former Chief of Police Eddie West, and West Memphis City Council Members James Holt, Tracy Catt, Dr. Gheric Bruce, Melanie Hutchinson, Charles Wheeless, Wayne Croom, David Murray, Lorraine Mohammed, Helen Harris, and Willis Mondy (collectively "Defendants") on plaintiff Stacy Dewayne Allen's claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. ("Title VII") (Dkt. No. 1).  The Court dismisses Mr. Allen's Title VII claims with prejudice; the relief requested is denied.  The Court dismisses without prejudice Mr. Allen's claim under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C § 621 *et seq*. ("ADEA"), for failure to exhaust his administrative remedies (Dkt. No. 1).  The Court declines to assert supplemental jurisdiction over Mr. Allen's state law libel claim.  The relief requested is denied.

So adjudged this 29th day of March, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge